■ MARIA CONTRUBIS, Appellant, v. ELIAS CONTRUBIS, Respondent.— Order, Supreme Court, New York County, entered March 27, 1973, awarding $70 a week alimony to plaintiff wife in a separation action, unanimously affirmed, with costs, however, awarded to the plaintiff-appellant. Appellant shall recover of respondent $60 costs and disbursements of this appeal. The award was in accordance with the preseparation standard. (*Hunter* v. *Hunter*, 10 A D 2d 291, mot. for lv. to rearg. den. 10 A D 2d 937.) However, plaintiff offered proof that the standard had been artificially depressed by the husband in an attempt to rebuild the parties' financial resources, and further, that he was currently in a position to provide a substantially higher standard of living. This evidence was improperly excluded. (Domestic Relations Law, § 236; *Hessen* v. *Hessen*, 33 N Y 2d 406, 411; *Kover* v. *Kover*, 29 N Y 2d 408, 415; *Phillips* v. *Phillips*, 1 A D 2d 393, 398, affd. N Y 2d 742.) In view of the fact that an action for divorce has been instituted by the husband with a counterclaim for divorce by the wife and a demand for reconsideration *de novo* of the support order, there is no need to provide for a new hearing with respect to support in the separation action. (See *Hunter* v. *Hunter, supra*, p. 937.) An immediate trial is directed in the divorce action where there can be consideration of all relevant evidence to determine support. Concur — Nunez, J. P., Kupferman, Lupiano, Steuer and Lane, JJ.